## CAMPBELL v. YOUNG.

(Decided May 20, 1915.)

APPEAL from Lawrence Chancery Court.

Heard before Hon. W. H. SIMPSON.

No counsel marked for appellant. CHENAULT & DOWNING, for appellee.

Per curiam. Affirmed on certificate.

---

## COLEMAN v. ANTONIO.

(Decided May 15, 1915.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

T. T. HUEY and DAVID S. ANDERSON, for appellant. GOODWIN & ROSS, for appellee.

McCLELLAN, J.—Reversed and remanded by consent of parties.

---

## COLLINS v. THE STATE.

(Decided June 18, 1915.)

APPEAL from Pike Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. WILLIAM L. MARTIN, Attorney General, for the State.

McCLELLAN, J.—No error in the record, and no bill of exceptions. Affirmed.